IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01607-RPM

JUSTIN TURNER,

    Plaintiff,

v.

A & S COLLECTION ASSOCIATES, INC., a Florida corporation,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Notice of Dismissal With Prejudice, filed August 22, 2007 [5], it is

    ORDERED that this civil action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

    Dated: August 22nd, 2007

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge